IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEN CURTIS, et al.,                    :
                                       :        Case Number: 1:01cv831
            Plaintiff (s),             :
                                       :
v                                      :        District Judge Susan J. Dlott
                                       :
STEVEN R. VENTRE, et al.,              :
                                       :
            Defendant (s).             :

## ORDER

Upon advice of counsel this case may be administratively closed.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge